JAMES CHRISTIANA, Respondent, v. BEN ELLMAN et al., Defendants, and MURRAY DRUCKMAN, Doing Business under the Name of EDDY PROVISION CO., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Van Voorhis, Shientag and McCurn, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALFRED SILVER, Appellant.— Order unanimously affirmed, without prejudice to the right of defendant to test the legality of the present detention by a writ of habeas corpus. No opinion. Present — Dore, J. P., Cohn, Van Voorhis, Shientag and McCurn, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. OLIVER JOHNSON, Appellant.— Judgment unanimously affirmed. No opinion. Present — Dore, J. P., Cohn, Van Voorhis, Shientag and McCurn, JJ.

■

DOROTHY FEINBERG, Respondent, v. SAMOSET SHELLFISH COMPANY, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Van Voorhis, Shientag and McCurn, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PATRICK J. LANGAN, Appellant.— Order unanimously affirmed. No opinion. Present — Dore, J. P., Cohn, Van Voorhis, Shientag and McCurn, JJ.

■

HELEN R. GOODMAN, Respondent, v. JUKE GOODMAN, Appellant.— Orders unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Dore, J. P., Cohn, Van Voorhis, Shientag and McCurn, JJ. [Orders denied motions to dismiss complaint.]

■

COMMISSIONER OF WELFARE OF THE CITY OF NEW YORK, Respondent, v. SIDNEY GREER, Appellant.— Order affirmed, with $20 costs and disbursements to respondent. No opinion. Present — Dore, J. P., Cohn, Van Voorhis, Shientag and McCurn, JJ.; Van Voorhis, J., dissents and votes to reverse and dismiss.

■

RONDELLE CORP., Respondent, v. SCORE GARMENTS, INC., et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Dore, J. P., Cohn, Van Voorhis, Shientag and McCurn, JJ.

■

CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Plaintiff, v. DIRECTORATE GENERAL OF POSTAL REMITTANCES & SAVINGS BANK et al., Appellants; T. Y. Ho et al., Respondents, et al., Defendants.— Order unanimously modified so as to refer to an official referee, to hear and to report to Special Term, on the status of the bank and authority of counsel and legal representation. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ. [See *post,* pp. 824, 935; 279 App. Div. 576.]